UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-06348-CJC | Date | August 30, 2014 |
|---|---|---|---|
| Title | In Re: Kevin R. Schrubb | | |

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|

| Melissa Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER DISMISSING ACTION FOR FAILURE TO PAY FILING FEE

Appellant Kevin R. Schrubb's Bankruptcy Appeal is hereby dismissed for failure to pay the filing fee.

: 0

Initials of Preparer   mku